# United States District Court
## Northern District of New York
# CIVIL JUDGMENT

**PETER CISZEWSKI and MARLA MERANTE**

                *Plaintiffs'*

        VS.                1:05-CV-167 (GHL)

**STATE OF NEW YORK, Governor GEORGE E. PATAKI and NYS DOT Commissioner JOSEPH H. BOARDMAN**

                *Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendants' motion for summary judgment dismissing the amended complaint is granted on the merits. Judgment in entered in favor of the defendants'.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 10th day of January, 2006.

**January 11, 2006**                                              **LAWRENCE K. BAERMAN**
_____                          _____

**DATE**                                                                   **CLERK OF COURT**

                                                                   s/
                                                       _____

                                                       **JOANNE BLESKOSKI**
                                                     **DEPUTY CLERK**